United States District Court
Southern District of Texas
**ENTERED**
January 11, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARK HONEYCUTT, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-17 |
| | § § | |
| GENERAL MOTORS, LLC, | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed in this case, all of Plaintiffs' claims, actions, and causes of action asserted against Defendant in this case are hereby **DISMISSED with prejudice**.

Each side is to bear its own costs and attorney's fees.

SIGNED at Galveston, Texas January 11 2018.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE